(Reap. Dec. 8165)

J. G. PHILEN JR. COMPANY v. UNITED STATES

Entry No. B-1397, etc.

(Decided September 22, 1952)

*Fred Bennett* for the plaintiff.
*Charles J. Wagner*, Acting Assistant Attorney General, for the defendant.

OLIVER, Chief Judge: The appeals for reappraisement listed in schedule "A," hereto attached and made a part hereof, have been submitted for decision upon the following stipulation of counsel for the parties hereto:

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the respective parties hereto, subject to the approval of the Court:

1. That the merchandise described in and covered by the reappraisements enumerated on the attached Schedule A consists of Dressed Ixtle Fibre;

2. That the said Dressed Ixtle Fibre was exported from Mexico during the period from March 11, 1946 to June 8, 1948;

3. That neither such nor similar Dressed Ixtle Fibre was freely offered for sale for home consumption to all purchasers in the principal markets of Mexico, in the usual wholesale quantities and in the ordinary course of trade at the time of exportation of the merchandise covered by the reappraisements herein involved;

4. That neither such nor similar Dressed Ixtle Fibre was freely offered for sale to all purchasers in the principal markets of Mexico for export to the United States in the usual wholesale quantities and in the ordinary course of trade at the time of exportation of the merchandise covered by the reappraisements herein involved;

5. That such or similar Dressed Ixtle Fibre was freely offered for sale, packed ready for delivery in the principal market of the United States to all purchasers during the period from March 11, 1946 to June 8, 1948; and that the prices per pound of the merchandise involved herein, computed by taking the selling prices at which such or similar Dressed Ixtle Fibre was freely offered for sale, packed ready for delivery in the principal market of the United States to all purchasers during the period from March 11, 1946 to June 8, 1948, in the usual wholesale quantities and in the ordinary course of trade, with allowances made for duty, cost of transportation and insurance, and other necessary expenses from the place of shipment to the place of delivery, not to exceed 8 per centum for general expenses, and not to exceed 8 per centum for profit, are as indicated on Schedule B hereto attached and made a part hereof;

IT IS FURTHER STIPULATED AND AGREED that these reappraisements may be submitted on the foregoing stipulation.

On the agreed facts I find the United States value, as that value is defined in section 402 (e) of the Tariff Act of 1930, as amended by section 8 of the Customs Administrative Act of 1938, to be the proper

basis for the determination of the value of the merchandise here involved, and that such values were as set forth in schedule "B," hereto attached and made a part hereof.

Judgment will be rendered accordingly.

SCHEDULE B

| Reap. No. | Entry No. and Description | United States cents per pound |
|---|---|---|
| 182671–A | B–1397 | |
| | White | 15. 577016 |
| | Bleached | 22. 723727 |
| 182672–A | B–388 | |
| | White | 20. 909287 |
| | 2 Color Grey | 28. 08662 |
| | 2 Color Red/Mix | 28. 08662 |
| | Black | 29. 542436 |
| 182673–A | B–1204 | |
| | White | 26. 061956 |
| | 2 Color Grey | 28. 086726 |
| | 2 Color Red/Mix | 28. 086489 |
| | Black | 29. 54232 |
| 182674–A | B–1210 | |
| | White | 26. 061975 |
| | 2 Color Grey | 28. 08653 |
| | Black | 29. 54209 |
| 182675–A | B–1252 | |
| | White | 26. 061956 |
| | 2 Color Grey | 28. 086579 |
| | 3 Color Red/Mix | 28. 086692 |
| | Black | 29. 542427 |
| 182676–A | B–1274 | |
| | White | 26. 401499 |
| 182677–A | B–1306 | |
| | White | 26. 4600616 |
| | 2 Color Grey | 33. 987558 |
| | 3 Color Red/Mix | 28. 07292 |
| | Black | 33. 98729 |
| 182678–A | B–1313 | |
| | White | 26. 460097 |
| | 2 Color Grey | 33. 987601 |
| 182679–A | B–1353 | |
| | White | 26. 401489 |
| | 3 Color Red/Mix | 28. 08657 |
| | Black | 33. 98779 |
| 182680–A | B–1396 | |
| | White | 26. 40147 |
| | Bleached | 23. 999329 |
| | 3 Color Red/Mix | 28. 08657 |
| | Black | 33. 98729 |
| 182681–A | B–1408 | |
| | White | 25. 88387 |
| | Black | 33. 98729 |

| Reap. No. | Entry No. and Description | United States cents per pound |
|---|---|---|
| 182682–A | B–1569 | |
| | White | 25. 883927 |
| | 2 Color Grey | 33. 98749 |
| | Black | 33. 987497 |
| 182683–A | B–12 | |
| | White | 25. 61995 |
| | 2 Color Grey | 33. 98749 |
| | 3 Color Red/Mix | 28. 086267 |
| 182684–A | B–13 | |
| | White | 25. 619992 |
| | 2 Color Grey | 33. 9874976 |
| | Black | 33. 98765 |
| 182685–A | B–53 | |
| | White | 25. 622792 |
| | 3 Color Red/Mix | 28. 0866 |
| | 2 Color Grey | 33. 987631 |
| | Black | 33. 98769 |
| 182686–A | B–269 | |
| | White | 26. 284553 |
| | 2 Color Grey | 32. 519607 |
| | 3 Color Red/Mix | 32. 519607 |
| | Black | 32. 519670 |
| 182687–A | B–359 | |
| | White | 25. 66758 |
| | Bleached | 23. 999329 |
| | 2 Color Red/Mix | 32. 51936 |
| 182688–A | B–427 | |
| | White | 25. 66758 |
| | Black | 32. 51945 |
| 182689–A | B–543 | |
| | White | 23. 815074 |
| | 2 Color Grey | 32. 519692 |
| 182690–A | B–569 | |
| | White | 23. 815869 |
| | Black | 32. 519816 |
| 182691–A | B–1331 | |
| | White | 22. 168636 |
| | 2 Color Grey | 29. 226864 |
| | 3 Color Red/Mix | 32. 51959 |
| 182692–A | B–1581 | |
| | White | 23. 252351 |
| | 3 Color Red/Mix | 32. 519597 |
| 182693–A | B–1723 | |
| | White | 22. 338225 |
| | Bleached | 23. 999808 |
| 182694–A | B–1765 | |
| | White | 22. 338198 |
| | 2 Color Grey | 29. 22705 |
| | Black | 27. 978753 |